JS-6

FILED
CLERK, U.S. DISTRICT COURT

APR 15 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. | CV 12-4907 PA |
| Plaintiff, | | CR 11-0519 PA |
| v. | JUDGMENT DISMISSING PETITIONER'S ACTION WITH PREJUDICE | |
| GUALBERTO ALONZO GUZMAN, | | |
| Defendant. | | |

Pursuant to the Court's April 15, 2013 Order Denying Petitioner Gualberto Alonzo Guzman's Motion for Relief Pursuant to 28 U.S.C. § 2255,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's acton is dismissed with prejudice.

DATED: April 15, 2013

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE